**Ronald J. HELFERTY, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2014–5043.**

United States Court of Appeals,
Federal Circuit.

Dec. 8, 2014.

Terri R. Zimmermann, Zimmermann Lavine & Zimmermann, P.C., of Houston, TX, argued for plaintiff-appellant. On the brief was Raymond J. Toney, Law Offices of Raymond J. Toney, of Emeryville, CA.

Douglas K. Mickle, Senior Trial Counsel, Commercial Litigation Branch, National Courts, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Stuart F. Delery, Assis-

tant Attorney General, Robert E. Kirschman, Jr., Director, and Steven J. Gillingham, Assistant Director. Of counsel on the brief was Major Cindie Blair, United States Marine Corps, General Litigation Division, Office of the Judge Advocate General, United States Department of the Navy, of Washington, DC. Of counsel was John S. Groat, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC.

TARANTO, SCHALL, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**